UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:24-CV-62454

GUERDIE CHERY-MESILAS,

      Plaintiff,

v.

BROWARD COUNTY, doing business as
BROWARD COUNTY
AVIATION DEPARTMENT

      Defendant.

_____ /

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Broward County ("County") by and through undersigned counsel, hereby files this Notice of Removal and in support thereof, states the following:

1.      On September 23, 2024, Plaintiff, Guerdie Chery-Mesilas ("Plaintiff") filed a Complaint in the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE24013642, alleging damages against the County under Title VII of the Civil Rights Act of 1964 ("Title VII"). Plaintiff's Complaint is attached hereto as Exhibit A.

2.      On December 11, 2024, Plaintiff served the Complaint on the County. See Summons, attached as Exhibit B.

3.      Pursuant to Section 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4.      Plaintiff's employment discrimination claims pursuant to Title VII arise under federal law, over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

5.      Section 1446 provides:

> (1) The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based ….(3) Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

28 U.S.C. § 1446(b).

6.      This Notice of Removal is timely and brought in good faith and not for the purposes of delay or harassment.

7.      By filing this Notice of Removal, the County does not waive any defenses that might be available to it.

8.      Promptly upon filing this Notice of Removal, the County shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and will serve a copy thereof on Plaintiff, pursuant to 28 U.S.C. § 1446(d). A copy of this notice is attached hereto as Exhibit C.

Dated: December 31, 2024

Respectfully submitted,
Andrew J. Meyers
Broward County Attorney
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641

By: /s/ *Kristen M. McLaren*
Kristen M. McLaren
Senior Assistant County Attorney
Florida Bar No. 1003315
kmmcintosh@broward.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by First-class U.S. Mail, postage paid, on December 31, 2024 on all counsel or parties of record on the Service List below.

Guerdie Chery-Mesilas
Plaintiff pro se
E-mail: hydem75@gmail.comand
11281 NW 34th Place
Coral Springs, Florida 33065